1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

| | |
|---|---|
| GILBERT LOZA,<br><br>                  Petitioner,<br><br>    vs.<br><br>STUART J. RYAN, Warden,<br><br>                 Respondent. | Case No. CV 06-338-ODW (JWJ)<br><br>**JUDGMENT** |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice.

DATED: July 8, 2009

_____
OTIS. D. WRIGHT II
United States District Judge